MARION QUESENBERY, State Bar No. 72308
RYNN & JANOWSKY, LLP
P.O. Box 20799
Oakland, CA 94620
Telephone: (510) 705-8894
Facsimile: (510) 705-8737
E-mail: marion@rjlaw.com

Attorneys for Plaintiffs
Berti Produce – San Francisco, Inc.; Edwin Chin
dba New City Fruit & Produce; Jacobs, Malcolm & Burtt;
North Bay Produce, Inc.; Washington Vegetable Company;
What A Tomato Produce Company, Inc.; and Coosemans
San Francisco, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTI PRODUCE – SAN FRANCISCO, INC.; EDWIN CHIN dba NEW CITY FRUIT & PRODUCE; JACOBS, MALCOLM & BURTT; NORTH BAY PRODUCE, INC.; WASHINGTON VEGETABLE COMPANY; WHAT A TOMATO PRODUCE COMPANY, INC.; and COOSEMANS SAN FRANCISCO, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT SBRAGIA; JOHN SBRAGIA; STEVEN SBRAGIA; and PATRICIA CINI aka PATTI CINI,<br><br>Defendants. | CASE NO. C11-03546 MEJ<br><br>*SUPPLEMENTAL* CASE MANAGEMENT CONFERENCE STATEMENT & REQUEST TO CONTINUE CMC<br><br>CMC Date: January 12, 2012<br>CMC Time: 10:00 a.m.<br>CMC Place: Ctrm. B, 15th Floor<br>             San Francisco |

Plaintiffs BERTI PRODUCE – SAN FRANCISCO, INC., EDWIN CHIN dba NEW CITY FRUIT & PRODUCE, JACOBS, MALCOLM & BURTT, NORTH BAY PRODUCE, INC., WASHINGTON VEGETABLE COMPANY, WHAT A TOMATO PRODUCE

*SUPP.* CMC STATEMENT & REQUEST TO CONTINUE – Case No. C11-03546 – Page 1

1  COMPANY, INC., and COOSEMANS SAN FRANCISCO, INC. (jointly "Plaintiffs")
2  respectfully file this Case Management Conference Statement.

### A.

### STATUS & REQUEST FOR CONTINUANCE

**1.    Jurisdiction & Service:**

As Plaintiffs' complaint states, this Court has jurisdiction of this case pursuant to the Perishable Agricultural Commodities Act [7 U.S.C. § 499e(c)(5)] and pursuant to 28 U.S.C. § 1331.  This Court also has supplemental jurisdiction over all other claims, as they form part of the same case or controversy.  28 U.S.C. § 1367(a).

On July 19, 2011, Plaintiffs filed their complaint in this matter.  On September 13, 2011, Plaintiffs filed an amended complaint, which added a new Plaintiff, Coosemans San Francisco, Inc.

Thereafter, in late October 2011, Plaintiffs served the four Defendants.  [See Affidavits of Service, ECF docket #s 10-13].  They have not yet responded to the First Amended Complaint, because Defendants' attorney – Lawrence Jacobson – requested additional time to respond to the Complaint, which Plaintiffs agreed to, and to discuss settlement, discussions which are on-going.  In addition, because of the holidays and the settlement discussions, Plaintiffs have not pushed for a response.

**2.    Request for Continuance:**

As noted above, Defendants recently retained counsel who requested additional time to respond to the Complaint, which Plaintiffs agreed to, and to discuss settlement.  Consequently, to give the parties time to continue settlement discussions, to provide Defendants' counsel an opportunity to respond to the First Amended Complaint, and to insure that Defendants' attorney is adequately prepared for and may participate in the Case Management Conference, Plaintiffs

LAW OFFICES
RYNN & JANOWSKY, LLP
P.O. BOX 20799
OAKLAND, CALIFORNIA 94620
(510) 705-8894
FAX (510) 705-8737

1 respectfully request that the Case Management Conference be continued for 45 days.  The Court
2 previously granted a 60 day continuance.

3 Date:  October 20, 2011          By:      /s/  Marion I. Quesenbery
                                                                 Marion I. Quesenbery
4                                                                Attorneys for Plaintiffs
                                                                 Berti Produce – San Francisco, Inc.; Edwin Chin
5                                                                dba New City Fruit & Produce; Jacobs, Malcolm &
                                                                 Burtt; North Bay Produce, Inc.; Washington
6                                                                Vegetable Company; What A Tomato Produce
                                                                 Company, Inc.; and Coosemans San Francisco, Inc.

   **IT IS SO ORDERED.** The Case Management Conference is continued to
                                             10:00 a.m.,
   _ March 1, 2012 _____**, at** ~~10:30~~ **a.m., in Courtroom B, 15th Floor, San Francisco.**  The CMC
   Statement due by 2/23/12.

Date:  January _ 6 _, 2012

_____
Judge Maria-Elena James
[United States District Court, Northern District of California seal]

*SUPP.* CMC STATEMENT & REQUEST TO CONTINUE – Case No. C11-03546 – Page 3

LAW OFFICES
RYNN & JANOWSKY, LLP
P.O. BOX 20799
OAKLAND, CALIFORNIA 94620
(510) 705-8894
FAX (510) 705-8737