1  MARION QUESENBERY, State Bar No. 72308
   RYNN & JANOWSKY, LLP
2  P.O. Box 20799
   Oakland, CA 94620
3  Telephone: (510) 705-8894
   Facsimile: (510) 705-8737
4  E-mail: marion@rjlaw.com

5  Attorneys for Plaintiffs
   Berti Produce – San Francisco, Inc.; Edwin Chin
6  dba New City Fruit & Produce; Jacobs, Malcolm & Burtt;
   North Bay Produce, Inc.; Washington Vegetable Company;
7  What A Tomato Produce Company, Inc.; and Coosemans
   San Francisco, Inc.

8

9                   IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  BERTI PRODUCE – SAN FRANCISCO,          CASE NO.  C11-03546 MEJ
    INC.; EDWIN CHIN dba NEW CITY FRUIT
    & PRODUCE; JACOBS, MALCOLM &            STIPULATION & REQUEST TO
13  BURTT; NORTH BAY PRODUCE, INC.;         EXTEND DEADLINE FOR ADR
    WASHINGTON VEGETABLE COMPANY;           SESSION, DISCOVERY, &
14  WHAT A TOMATO PRODUCE COMPANY,          DISPOSITIVE MOTIONS
    INC.; and COOSEMANS SAN FRANCISCO,
15  INC.,

16                  Plaintiffs,

17       v.

18  ROBERT SBRAGIA; JOHN SBRAGIA;
    STEVEN SBRAGIA; and PATRICIA CINI
19  aka PATTI CINI,

20                  Defendants.

21

22       Plaintiffs and Defendants respectfully request that the Court extend the deadline to hold

23  an ADR session from May 24, 2012 to July 15, 2012.  The parties scheduled a mediation session

    for May 15, 2012, but due to unforeseen business problems, one of the Plaintiffs was unable to
24
    attend the mediation, and therefore, it was cancelled.  The parties are unable to reschedule the

LAW OFFICES
RYNN & JANOWSKY, LLP
P. O. BOX 20799
OAKLAND, CALIFORNIA 94620
(510) 705-8894
FAX (510) 705-8737

STIPULATION & REQUEST TO EXTEND ADR DEADLINE – Case No. C11-03546 – Page 1

LAW OFFICES
**RYNN & JANOWSKY, LLP**
P. O. BOX 20799
OAKLAND, CALIFORNIA 94620
(510) 705-8894
FAX (510) 705-8737

1  mediation before the deadline, as one of Defendants and their counsel are not available on the

2  dates that the mediator has free.  The parties will reschedule the mediation as soon as possible,

3  and they have set a telephone conference with the mediator on May 29 to do so.

4        Counsel for both parties believe that mediation may be fruitful, and they would

5  appreciate this extension to insure that the mediation session can take place.

6        Trial is not scheduled until March 4, 2013; however, three deadlines will be affected by

7  the extension of the mediation deadline.  As a result, the parties also respectfully request that (1)

8  the close of discovery be extended from August 28, 2012 to September 28, 2012, (2) the

9  dispositive filing, service, and noticing deadline for dispositive motions be extended from

10  September 27, 2012 to October 27, 2012, and (3) the hearing date for dispositive motions be

11  changed from November 1, 2012 to December 6, 2012 at 10:00 a.m.

12        The appointed mediator, Ellyn Lazarus, has been very helpful in moving this matter

13  forward, and she agrees that this proposed extension would be beneficial to the parties.

14  Date:  May 22, 2012            RYNN & JANOWSKY, LLP

15                            By:   /s/ Marion I. Quesenbery

16                                Marion I. Quesenbery
                              Attorneys for Plaintiffs

17  Date:  May 22, 2012            COHEN AND JACOBSON, LLP

18

19                            By:  _____

20                                Lawrence A. Jacobson
                              Attorney for Defendants

21

22

23

24

1    mediation before the deadline, as one of Defendants and their counsel are not available on the

2    dates that the mediator has free.  The parties will reschedule the mediation as soon as possible,

3    and they have set a telephone conference with the mediator on May 29 to do so.

4          Counsel for both parties believe that mediation may be fruitful, and they would

5    appreciate this extension to insure that the mediation session can take place.

6          Trial is not scheduled until March 4, 2013; however, three deadlines will be affected by

7    the extension of the mediation deadline.  As a result, the parties also respectfully request that (1)

8    the close of discovery be extended from August 28, 2012 to September 28, 2012, (2) the

9    dispositive filing, service, and noticing deadline for dispositive motions be extended from

10   September 27, 2012 to October 27, 2012, and (3) the hearing date for dispositive motions be

11   changed from November 1, 2012 to December 6, 2012 at 10:00 a.m.

12         The appointed mediator, Ellyn Lazarus, has been very helpful in moving this matter

13   forward, and she agrees that this proposed extension would be beneficial to the parties.

14   Date:   May 22, 2012                RYNN & JANOWSKY, LLP

15                                   By:    /s/ Marion I. Quesenbery
                                          Marion I. Quesenbery
16                                        Attorneys for Plaintiffs

17   Date: May 22, 2012                COHEN AND JACOBSON, LLP

18

19                                   By:

20                                        Lawrence A. Jacobson
                                          Attorney for Defendants

21

22

23

24

LAW OFFICES
RYNN & JANOWSKY, LLP
P.O. BOX 20799
OAKLAND, CALIFORNIA 94620
(510) 705-8894
FAX (510) 705-8737

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**IT IS SO ORDERED.**   The following deadlines and dates contained in the Case Management Order dated February 24, 2012 are changed: (1) for the parties to complete ADR to July 15, 2012, (2) for the close of discovery to September 28, 2012, (3) for filing, service, and noticing dispositive motions to October 27, 2012, and (4) for the hearing date for dispositive motions be changed from November 1, 2012 to December 6, 2012 at 10:00 a.m.

Date:  May __29_ 2012

_____

Chief Magistrate Judge Maria-Elena James

LAW OFFICES
**RYNN & JANOWSKY, LLP**
P. O. BOX 20799
OAKLAND, CALIFORNIA 94620
(510) 705-8894
FAX (510) 705-8737