MARION QUESENBERY, State Bar No. 72308
RYNN & JANOWSKY, LLP
P.O. Box 20799
Oakland, CA 94620
Telephone: (510) 705-8894
Facsimile: (510) 705-8737
E-mail: marion@rjlaw.com

Attorneys for Plaintiffs
Berti Produce – San Francisco, Inc.; Edwin Chin dba New City Fruit & Produce; Jacobs, Malcolm & Burtt; North Bay Produce, Inc.; Washington Vegetable Company; What A Tomato Produce Company, Inc.; and Coosemans San Francisco, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTI PRODUCE – SAN FRANCISCO, INC.; EDWIN CHIN dba NEW CITY FRUIT & PRODUCE; JACOBS, MALCOLM & BURTT; NORTH BAY PRODUCE, INC.; WASHINGTON VEGETABLE COMPANY; WHAT A TOMATO PRODUCE COMPANY, INC.; and COOSEMANS SAN FRANCISCO, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT SBRAGIA; JOHN SBRAGIA; STEVEN SBRAGIA; and PATRICIA CINI aka PATTI CINI,<br><br>Defendants. | **CASE NO. C11-03546 MEJ**<br><br>**STIPULATION & REQUEST TO EXTEND DEADLINE FOR ADR SESSION, DISCOVERY, & DISPOSITIVE MOTIONS** |

Plaintiffs and Defendants respectfully request that the Court extend the deadline to hold an ADR session from July 15, 2012 to August 11, 2012. This is the parties' second request for an extension. Although they have attempted to schedule the mediation session, because one of the defendants has a new job and the others are unable to attend on the dates available, the

STIPULATION & REQUEST TO EXTEND ADR DEADLINE – Case No. C11-03546 – Page 1

1 parties are unable to schedule the mediation before the deadline. Given the number of parties
2 involved, obtaining a mutually available date has been difficult, but the parties, their attorneys,
3 and the mediator are committed to reschedule the mediation session as soon as possible.

4 Counsel for both parties believe that mediation may be fruitful, and they are engaging in
5 informal settlement discussions, but they would appreciate this extension to insure that the
6 mediation session will take place should informal discussions not result in a resolution of the
7 dispute.

8 Trial is not scheduled until March 4, 2013; however, five deadlines will be affected by
9 the extension of the mediation deadline. As a result, the parties also respectfully request that

| Action | Current Deadline | Proposed Deadline |
|---|---|---|
| Disclosure of Expert Witnesses | 08/03/2012 | 09/03/2012 |
| Disclosure of Rebuttal Experts | 08/13/2012 | 09/13/2012 |
| Discovery Cutoff | 08/28/2012 | 10/13/2012 |
| Dispositive Motions Must Be Filed, Served, & Noticed | 09/27/2012 | 11/15/2012 |
| Hearing On Dispositive Motions | 11/01/2012 | 12/20/2010 |

Date: July 12, 2012     RYNN & JANOWSKY, LLP

             By:   /s/ Marion I. Quesenbery
                   Marion I. Quesenbery
                   Attorneys for Plaintiffs

Date: July 12, 2012     COHEN AND JACOBSON, LLP

             By:   _____
                   Lawrence A. Jacobson
                   Attorney for Defendants

STIPULATION & REQUEST TO EXTEND ADR DEADLINE – Case No. C11-03546 – Page 2

parties are unable to schedule the mediation before the deadline. Given the number of parties involved, obtaining a mutually available date has been difficult, but the parties, their attorneys, and the mediator are committed to reschedule the mediation session as soon as possible.

Counsel for both parties believe that mediation may be fruitful, and they are engaging in informal settlement discussions, but they would appreciate this extension to insure that the mediation session will take place should informal discussions not result in a resolution of the dispute.

Trial is not scheduled until March 4, 2013; however, five deadlines will be affected by the extension of the mediation deadline. As a result, the parties also respectfully request that

| Action | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Disclosure of Expert Witnesses | 08/03/2012 | 09/03/2012 |
| Disclosure of Rebuttal Experts | 08/13/2012 | 09/13/2012 |
| Discovery Cutoff | 08/28/2012 | 10/13/2012 |
| Dispositive Motions Must Be Filed, Served, & Noticed | 09/27/2012 | 11/15/2012 |
| Hearing On Dispositive Motions | 11/01/2012 | 12/20/2010 |

Date: July 12, 2012        RYNN & JANOWSKY, LLP

By: /s/ Marion I. Quesenbery
Marion I. Quesenbery
Attorneys for Plaintiffs

Date: July 12, 2012        COHEN AND JACOBSON, LLP

By: _____
Lawrence A. Jacobson
Attorney for Defendants

1     **IT IS SO ORDERED.** The following deadlines and dates contained in the Case Management Order dated February 24, 2012 are changed: (1) for the parties to complete ADR to August 11, 2012, (2) for the disclosure of experts to September 3, 2012, (3) for the disclosure of rebuttal experts to September 13, 2012, (4) for the discovery cutoff to October 13, 2012, (4) for filing, service, and noticing of dispositive motions to November 15, 2012, and (5) for the hearing date for dispositive motions December 20, 2012 at 10:00 a.m. All subsequent pretrial and trial deadlines are VACATED.

Date: July 23, 2012

_____
Chief Magistrate Judge Maria-Elena James